### WHITE v. STATE.

No. 19051.

Court of Criminal Appeals of Texas.

June 2, 1937.

Horton B. Porter, of Hillsboro, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**HAWKINS, Judge.**

Conviction is for operating a motor vehicle upon a public highway in Hill county, Tex., while appellant was intoxicated. Punishment was assessed at a fine of $150 and sixty days in jail.

The record is before this court without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.